

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00587-CV

**IN RE** Arlette Dominguez **BELVER** and Fav Swimmers II, LLC

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Patricia O. Alvarez, Justice
                Luz Elena Chapa, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: April 20, 2022

PETITION FOR WRIT OF MANDAMUS DISMISSED

Relators filed a motion to withdraw their petition for writ of mandamus because they no longer wished to pursue their mandamus action. We grant the motion and dismiss the petition for writ of mandamus.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2019CI20964, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Monique Diaz presiding.